```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02728
    FELICIA A SPENCE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0435

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/16/2007 and was confirmed 05/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.73%.

     The case was dismissed after confirmation 08/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CITIZENS FINANCE CO        SECURED              500.00          .00         300.00
CITIZENS FINANCE CO        UNSECURED            344.33          .00            .00
NATIONWIDE ACCEPTANCE~     SECURED VEHIC       4000.00       255.82        1449.62
AMERICAS FINANCIAL CHOIC   UNSECURED            612.75          .00            .00
CASH TRANSFER CENTERS      UNSECURED         NOT FILED          .00            .00
CERTEGY                    UNSECURED         NOT FILED          .00            .00
COMCAST                    UNSECURED         NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED          .00            .00
CONSOLIDATED PUBLIC SERV   UNSECURED         NOT FILED          .00            .00
DISH NETWORK               UNSECURED            727.61          .00            .00
MCI RESIDENTIAL SERVICES   UNSECURED         NOT FILED          .00            .00
MOUNT SINAI HOSPITAL       UNSECURED         NOT FILED          .00            .00
PAYDAY OK                  UNSECURED         NOT FILED          .00            .00
PAY ADVANCE                UNSECURED         NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED            557.20          .00            .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED          .00            .00
SEARS ROEBUCK & CO         UNSECURED         NOT FILED          .00            .00
SPRINT PCS                 UNSECURED            516.61          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED            102.64          .00            .00
UPFRONT PAYDAY             UNSECURED         NOT FILED          .00            .00
USA PAYDAY LOANS           UNSECURED            895.86          .00            .00
WASHINGTON MUTUAL          UNSECURED         NOT FILED          .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED            564.15          .00            .00
ER SOLUTIONS INC           UNSECURED           1208.07          .00            .00
ROUNDUP FUNDING LLC        UNSECURED            440.00          .00            .00
TIMOTHY K LIOU             DEBTOR ATTY        2,529.20                      288.02
TOM VAUGHN                 TRUSTEE                                          167.32
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 02728 FELICIA A SPENCE
```

```
--------------------------------------------------------------------------
TRUSTEE                                 2,460.78

PRIORITY                                                              .00
SECURED                                                          1,749.62
    INTEREST                                                       255.82
UNSECURED                                                             .00
ADMINISTRATIVE                                                     288.02
TRUSTEE COMPENSATION                                               167.32
DEBTOR REFUND                                                         .00
                                   ---------------   ---------------
TOTALS                                  2,460.78          2,460.78
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 11/19/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                          PAGE   2
           CASE NO. 07 B 02728 FELICIA A SPENCE